UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

───────

No. 6:25-cv-00035

───────

**Joseph Burpee,**
*Plaintiff,*

v.

**Julie Hamilton et al.,**
*Defendants.*

───────

**O R D E R**

Plaintiff Joseph Burpee, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this civil lawsuit without paying the filing fee. The case was transferred to this court and referred to a magistrate judge pursuant to 28 U.S.C. § 636(b).

On February 4, 2025, the magistrate judge issued a report recommending that the court bar plaintiff from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismiss this case subject to reopening if plaintiff pays the filing fee within 15 days of judgment. Doc. 5. A copy of the report was mailed to plaintiff, who received it on February 12, 2025, and has not filed written objections or paid the filing fee. Doc. 6.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The plaintiff is denied leave to proceed as a pauper, and this case is dismissed with prejudice for purposes of proceeding *in forma pauperis* under 28 U.S.C. § 1915(g)—but without prejudice as to the refiling of the lawsuit with payment of the full filing fee. Any pending motions are denied as moot.

*So ordered by the court on April 10, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge